Dorothy GAGE
and Ashcreek Neighborhood Association,
*Petitioners,*

*v.*

CITY OF PORTLAND
and FP-35 Partners,
*Respondents.*

(93-030; CA A80355)

866 P2d 466

Edward J. Sullivan and Preston Thorgrimson Shidler Gates & Ellis for petition.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

DEITS, P. J.

**DEITS, P. J.**

Petitioners seek Supreme Court review of our opinion. Treating the petition as one for reconsideration by this court, we allow it. For the reasons stated in our opinion on reconsideration in *Friends of the Metolius v. Jefferson County*, 125 Or App 122, 866 P2d 463 (1993), we adhere to our opinion.

Reconsideration allowed; opinion adhered to.